appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed February 10, 1953; released for publication March 24, 1953.

## William Henry, Trading as Wilane Trading Company, Appellee, v. Ben Maltz, Marshall Maltz, and Rose Maltz, Trading as Chicago Watch House, Appellants.

Gen. No. 45,858.

Weinzelbaum & Randolph, and Simon Herr, for appellants; Simon Herr, of counsel; Marks, Marks & Kaplan, for appellee; Robert Marks, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed February 10, 1953; rehearing denied February 26, 1953; released for publication March 24, 1953.

## Ted Manczko et al., Appellants, v. Agnes Moberg et al., Appellees.

Gen. No. 45,941.

John S. Wegerzyn, for appellants; David H. Kraft, of counsel; Charles Bayard Hankel, Jr., for appellees; William L. Carlin, and Louis A. Rosenthal, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed March 2, 1953; rehearing denied and remanding order modified March 23, 1953; released for publication March 23, 1953.

Universal C. I. T. Credit Corporation, Plaintiff-Appellee, v. Barbara J. Thompson, Defendant-Appellant.

Barbara J. Thompson, Counterclaimant-Appellant, v. Universal C. I. T. Credit Corporation, and Edwards Motor Sales, Inc., Counterdefendants-Appellees.

Gen. No. 9,836.

J. W. Templeman, for appellant; Conrad Noll, Jr., John B. Hendricks, and Noll, Traynor & Hendricks, for appellee. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full. Opinion filed March 3, 1953; released for publication March 19, 1953.